## HELMS v. FAULKNER et al.

No. 11808—Opinion Filed Nov. 16, 1920.

(Syllabus by the Court.)

Appeal and Error — Dismissal — Defective Case-Made.

Where certificate of the trial judge to a case-made is not attested by the clerk, nor the seal of the court attached, the appeal must be dismissed.

Error from District Court, Sequoyah County; E. B. Arnold, judge.

Action between Ezzie May Helms, by her guardian, S. R. Helms, and B. F. Faulkner, sheriff, and others. From the judgment, the former brings error. Appeal dismissed.

McNabb & Wall, for plaintiff in error.

Frye & Frye and McCombs & McCombs, for defendants in error.

HARRISON, J. This appeal was perfected and filed in this court October 4, 1920. On October 25, 1920, defendants in error filed a motion to dismiss appeal.

Notice of said motion was duly served upon plaintiff in error and service of same duly accepted, October 25, 1920. .

Several grounds are relied upon by defendants in error for a dismissal of the appeal, but the following grounds being fatal, it becomes unnecessary to determine the other grounds relied upon.

The following grounds, to wit: (1) That said case-made is not certified by the court clerk as required by law; (2) that said case-made was not attested, sealed, and filed as required by law—are sufficient to sustain the motion to dismiss.

The case-made filed herein does not contain the certificate of the court clerk that same is a full, true, and correct transcript of the record of said cause.

Nor is the certificate of the trial judge to such case-made, attested by the court clerk as required by law.

Upon authority of Walker v. Walker, 54 Okla. 666, 154 Pac. 512, and the line of decisions of this court therein relied upon, the

motion to dismiss appeal is sustained, and the appeal dismissed.

RAINEY, C. J., and PITCHFORD, KANE, McNEILL, HIGGINS, BAILEY, JOHNSON, and COLLIER, JJ., concur.